(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



FILED JAN 1 2 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

Alessandro-Roberto: Marinello, Pro Se
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

TransUnion
Corporation Service Company
Christopher A. Cartwright
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 23-34___

(To be assigned by Clerk's Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

I.  PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Marinello: Alessandro-Roberto, Pro Se
Name (Last, First, MI)

c/o 28712 Beste Street
Street Address

Saint Clair Shores    Michigan    [48081]
County, City          State       Zip Code

586-453-8996          AlexMarinello1@yahoo.Com
Telephone Number      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: TransUnion
Name (Last, First)

555 West Adams St.
Street Address

Chicago,          Illinois        60661
County, City      State           Zip Code

Defendant 2: Corporation Service Company (Registered Agent)
Name (Last, First)

251 Little Falls Drive
Street Address

Wilmington        Delaware        19808
County, City      State           Zip Code

Page **2** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: **Cart Wright, Christopher (CEO)**
Name (Last, First)

**555 West Adams St.**
Street Address

**Chicago**            **Illinois**            **60661**
County, City           State                   Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City           State                   Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____
_____

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

_____
_____
_____
_____
_____

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Violations of the Fair Credit Reporting Act, and these violations are proven by there lack of response to my affidavits and my private claims.

(Del. Rev. 11/14) Pro Se General Complaint Form

| Was anyone else involved? |

Who did what?

V. **INJURIES**

*If you sustained injuries related to the events alleged above, describe them here.*

Emotional distress damages caused by Transunion for reporting these accounts illegally. Transunion completely ignored and failed to respond to my affidavits when I desperately needed help correcting my credit score. The illegal reportings caused me to suffer from career opportunities, it has delayed me from building any type of wealth, I am not able to get a loan or borrow money when I desperately need financial help, and has affected my ability to get approval for a vehicle which I frantically need. Transunion's illegal reportings has caused me to develop denial, stress, fear, anger, depression, and anxiety.

VI. **RELIEF**

The relief I want the court to order is:

☒ Money damages in the amount of: $ 68000.00

☒ Other (explain):

To compell the debt collector to remove the trade lines from my consumer report, to remit $1000.00 per violation, and to pay me for emotional distress damages due from the lack of response, and the illegal reportings. The total amount I would like the court to order is $68000.00.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1/9/2023
Dated

Alessandro Roberto: Marinello, Pro Se
Plaintiff's Signature

Marinello: Alessandro-Roberto, Pro Se
Printed Name (Last, First, MI)

C/O 28712 Beste Street   Saint clair Shores,   MI   [48081]
Address                  City                  State   Zip Code

586-453-8996
Telephone Number

AlexMarinello1@yahoo.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **8** of **8**

~iandro - R~~~~~
~8712 Beste Street
~ Clair Shores, MI [48081]
Domestic/Non-Assumpsit

CERTIFIED MAIL

7021 2720 0001 4178 5135


RDC 99


U.S. POSTAGE PAID
FCM LG ENV
MOUNT MORRIS, MI
48458
JAN 09, 23
AMOUNT
$8.08
R2304W120910-05

Office of The Clerk
United States District Court
844 N King ST Unit 18
Wilmington, DE 19801-3570


FILED
JAN 12 2023
US DISTRICT COURT
DISTRICT OF DELAWARE