IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALESSANDRO-ROBERTO MARINELLO, | : |
| Plaintiff, | : |
| v. | : Civ. No. 23-34-CFC |
| TRANSUNION, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, on this ___ day of August in 2023, having considered Plaintiff's "Voluntary Dismissal of the Case/Change of Venue" (D.I. 8), construed as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41;

IT IS HEREBY ORDERED that:

The motion to voluntarily dismiss (D.I. 8) is **GRANTED** and the case is **CLOSED**.

_____
Chief Judge